UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PEAKER ENERGY GROUP, LLC & <br> ENERGY COAST LOGISTICS TERMINAL, LLC | CIVIL ACTION |
| VERSUS | NO. 14-2106 |
| CARGILL, INCORPORATED & <br> LOUISIANA SUGAR REFINING, LLC | SECTION "N" (3) |

## ORDER AND REASONS

To the extent that a ruling is necessary, which is far from apparent,[1] **IT IS ORDERED** that "Defendants' Motion for Partial Summary Judgment on LUTPA claim" (Rec. Doc. 268) is **GRANTED** as unopposed relative to the issue of punitive (treble) damages.

New Orleans, Louisiana, this 4th day of January 2017.

$\qquad$
**KURT D. ENGELHARDT**
**United States District Judge**

**Clerk to Copy:**
Magistrate Judge Knowles

---

[1] Plaintiffs' opposition memorandum maintains that their Second Amended and Superseding Complaint does not include a request for treble damages relative to their LUTPA claim. See Rec. Doc. 293.

1