UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PEAKER ENERGY GROUP, LLC & <br> ENERGY COAST LOGISTICS TERMINAL, LLC | CIVIL ACTION |
| VERSUS | NO. 14-2106 |
| CARGILL, INCORPORATED & <br> LOUISIANA SUGAR REFINING, LLC | SECTION "N" (3) |

## ORDER AND REASONS

By electronic mail dated December 30, 2016, Defendant Cargill's counsel, Jacob Byland, advised the Court that, considering the Court's ruling on that date relative to damages (Rec. Doc. 405), its "Motion for Extension of Time to Complete Discovery To Permit the Depositions of Two Out-of-State Witnesses" (Rec. Doc. 375) was withdrawn.  Based on that communication, **IT IS ORDERED** that the motion for extension of time (Rec. Doc. 375) is **DENIED** as **MOOT**.

New Orleans, Louisiana, this 4th day of January 2017.

**KURT D. ENGELHARDT**
**United States District Judge**

**Clerk to Copy:**
Magistrate Judge Knowles